IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| AUTUM DAVIS STEINHILBER<br>　　　　Plaintiff | § § § | |
| v. | § § | |
| DRIVE LOGISTICS, LTD., and MARC NORMAND SIMARD<br>　　　　Defendants and<br>　　　　Third Party Plaintiffs | § § § § § | Case No. 5:13-cv-70 |
| v. | § § | |
| JUSTIN STEINHILBER<br>　　　　Third Party Defendant | § § § | |

## FINAL JUDGMENT

In accordance with the parties' Stipulation to Dismiss With Prejudice, it is hereby **ORDERED, ADJUDGED, and DECREED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE** as to Plaintiff, Autum Davis Steinhilber, and as to Defendants, Drive Logistics, Ltd., Marc Normand Simard, Justin Steinhilber, with all parties to bear their own costs and attorneys' fees.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**
**SIGNED this 29th day of May, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE